UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO GONZALEZ, HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al*.<br><br>Defendants. | Case No. 1:26-cv-9344-JLT-EPG<br><br>ORDER RE: VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i) WITHOUT PREJUDICE<br><br>(ECF No. 6) |

On November 16, 2026, Plaintiff Honorio Gonzalez Hernandez filed a notice of dismissal, stating the following:

> Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff files this notice of voluntary dismissal of the above-captioned action. Defendants have not served either an answer or a motion for summary judgment.

(ECF No. 6)

In light of the Plaintiff's notice, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and has been dismissed without prejudice.

IT IS SO ORDERED.

Dated: **November 17, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE